UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BUILDING TRADES UNITED
PENSION TRUST FUND et al.,**
       **Plaintiffs,**

  v.                                                Case No. 23-CV-558

**EMPRESS SURFACE SOLUTIONS, LLC,**
       **Defendant.**

---

## ORDER

Plaintiffs Building Trades United Pension Trust Fund ("Pension Fund"), an employee benefits plan, and Doug Edwards, Trustee of the Pension Fund, brought this action under the Employee Retirement Income Security Act of 1974 ("ERISA") alleging that defendant Empress Surface Solutions, LLC, failed to timely remit contributions to the Pension Fund as required by certain collective bargaining agreements to which it is a party. ECF No. 1. Defendant was served with the summons and complaint on June 17, 2023, but has not answered or otherwise defended. The Clerk of Court has entered defendant's default, and plaintiffs move for entry of a default judgment. ECF No. 3.

Under Federal Rule of Civil Procedure 55(b)(2), the court may enter a judgment by default without a hearing on damages if "the amount claimed is liquidated or capable of ascertainment from definite figures contained in the documentary evidence or in detailed affidavits." *Dundee Cement Co. v. Howard Pipe & Concrete Prods., Inc.*, 722 F.3d 1319, 1323 (7th Cir. 1983). In cases alleging violations of ERISA, a plaintiff can prove definite figures through submission of affidavits authenticating collective

bargaining agreements, audits, and itemized billing statements showing attorney's fees and costs.[1]

Plaintiff's complaint alleges that defendant failed to timely remit all required contributions to the Pension Fund in violation of ERISA and the collective bargaining agreement. ECF No. 1. Plaintiffs have submitted declarations, ECF Nos. 4, 5, a payroll audit, ECF No. 5-3, the collective bargaining agreement, ECF No. 5-2, and an itemized statement of attorney's fees and costs, ECF Nos. 4-2, 4-3. Based on these submissions, they request $36,157.02 in contributions, $9,267.21 in interest, $10,573.48 in liquidated damages, $1,386 in attorney's fees, and $702 in costs, for a total judgment amount of $58,085.22.[2] The documentary evidence sufficiently substantiates this sum.

---

[1] *See, e.g., Operating Engineers Loc. 139 Health Benefit Fund v. Vision Util., Inc.*, No. 22-CV-713-PP, 2023 WL 2188651, at *4 (E.D. Wis. Feb. 23, 2023); *Ret. Plan for Employees Represented by Sheet Metal Workers Loc. Union 18 v. MM Mech. LLC*, No. 21-CV-1234-BHL, 2022 WL 1504708, at *1 (E.D. Wis. May 12, 2022); *Elec. Constr. Indus. Prefunding Credit Reimbursement Plan v. Coates Elec., LLC*, No. 19-CV-647-PP, 2019 WL 6069283 (E.D. Wis. Nov. 15, 2019); *N. Cent. States Reg'l Council of Carpenters' Pension Fund v. Ceiling Constructors, Inc.*, 14-CV-701-BB, 2015 WL 12585908, at *1 (W.D. Wis. Mar. 12, 2015); *Wis. Sheet Metal Workers Health and Benefits Fund v. CC Installations, Inc.*, No. 11-C-641, 2011 WL 5404035, at *1 (E.D. Wis. Nov. 7, 2011).

[2] I note that plaintiff's motion for default judgment lists the total amount as $57,185.22. ECF No. 3 at 6. It appears that this is due to a typo in paragraph 10 of the motion; the motion states that "Empress owes to the Pension Fund contributions totaling $36,157.02, interest totaling $9,267.21, and either double interest or liquidated damages totaling $10,573.48; for a grand total of $55,097.22." *Id.* at 5. However, adding the contributions, the interest, and the liquidated damages together equals $55,**9**97.22, not $55,097.22. This is confirmed by the supporting documentation filed by plaintiffs in support of the motion. *See* ECF No. 5-5 at 2 (listing the "total amount owed" as "Contributions $36,157.02, Interest $9,267.21, LDs $10,573.48, **Grand total $55,997.72**"). Adding the $2,088 in attorneys' fees and litigation costs to the correct total of $55,997.22 equals a total judgment amount of $58,085.22.

**THEREFORE, IT IS ORDERED** that plaintiffs' motion for default judgment, ECF No. 3, is **GRANTED**. The Clerk shall enter judgment in favor of plaintiffs and against defendant in the amount of $58,085.22. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 1st day of December, 2023.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge