AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

BUILDING TRADES UNITED
PENSION TRUST FUND et al.,
    Plaintiffs,

v.                                  CASE NUMBER: 23-CV-558

EMPRESS SURFACE SOLUTIONS, LLC,
    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs Building Trades United Pension Trust Fund and Douglas Edwards shall recover from defendant Empress Surface Solutions, LLC, the amount of $58,085.22, which includes contributions, liquidated damages, interest, attorneys' fees, and costs.

| | |
|---|---|
| 12/1/2023 | Gina M. Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |